James Mortensen SBN 234364
MORTENSEN & REINHEIMER, PC
2855 Michelle Drive Suite 120
Irvine, CA 92606
213-387-7414 Fax 213-387-8414
James@ocestateplanning.net

Attorney for JOHN JEFFREY MITCHELL, Respondent

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| Mitchell v. Rohde et al<br><br>IN RE:<br><br>THE J. & C. MITCHELL FAMILY TRUST DATED MAY 14, 2015<br><br>PAMELA ANNE MITCHELL, Co-Trustee of the J. & C. Mitchell Family Trust dated May 14, 2015, Petitioner,<br><br>v.<br><br>JOHN JEFFREY MITCHELL, Co-Trustee of the J. & C. Mitchell Family Trust dated May 14, 2015, and KIMBERLY ANN ROHDE, Co-Trustee of the J. & C. Mitchell Family Trust dated May 14, 2015; AND DOES 1–10, Respondents. | Case No. 8:26-cv-01378-MRA (RAOx)<br><br>[Removed from Orange County Superior Court Case No. 30-2026-01559743-PR-TR-CMC]<br><br>JOINDER OF RESPONDENT JOHN JEFFREY MITCHELL TO RESPONDENT KIMBERLY MITCHELL ROHDE'S OPPOSITION TO PETITIONER'S MOTION TO REMAND<br><br>Date: August 11, 2026<br>Time: 10:00 a.m.<br><br>Judge: Hon. Mónica Ramírez Almadani<br>Mag. Judge: Hon. Rozella A. Oliver<br><br>State Petition Filed: March 10, 2026; Removal Date: May 13, 2026<br>Trial Date: Not Yet Set<br><br>Crtrm: 9B, 9th Flr.<br>411 West Fourth Street, Santa Ana, CA 92701 |

# JOINDER OF RESPONDENT JOHN JEFFREY MITCHELL TO RESPONDENT KIMBERLY MITCHELL ROHDE'S OPPOSITION TO PETITIONER'S MOTION TO REMAND

Respondent JOHN JEFFREY MITCHELL, by and through his undersigned counsel, hereby joins in RESPONDENT KIMBERLY MITCHELL ROHDE'S OPPOSITION TO PETITIONER'S MOTION TO REMAND and incorporates it herein.

DATED: July 22, 2026

MORTENSEN & REINHEIMER, PC

By: ______________________________

James Mortensen, Attorney for

JOHN JEFFREY MITCHELL, Respondent